Thomas H. VAN BIBBER *v.* Sharon Gail LASTER

85-266                                                       709 S.W.2d 90

Supreme Court of Arkansas
Opinion delivered May 19, 1986

*Thomas H. Van Bibber, Sr.*, for appellant.

*Matthews & Sanders*, for appellee.

DARRELL HICKMAN, Justice. On March 15, 1984, at approximately 9 p.m., appellant, Thomas H. Van Bibber, was hit by appellee's car while he was crossing the street. Dr. Van Bibber and his wife sued the appellee for injuries he suffered as a result of the accident. A jury verdict in favor of the appellee was returned, and the appellants appeal pro se.

We must affirm this case because the appellants have failed to abstract any of the testimony or the pleadings which are essential for us to review their case. See Rule 9, Rules of the Arkansas Supreme Court and Court of Appeals. The fact the appellants are pro se is immaterial. *Bryant* v. *Lockhart*, 288 Ark. 302, 705 S.W.2d 9 (1986).

Affirmed.

PURTLE, J., not participating.